IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRIEND, et al | * |
|   Plaintiffs | *   Case No.: 1:87-cv-01599 |
| v. | * |
| NATIONAL GYPSUM CO., et al | * |
|   Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER WITHDRAWING THE APPEARANCE ON BEHALF OF IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

1. Whiteford, Taylor & Preston, L.L.P. (Whiteford, Taylor & Preston), and its respective attorneys, and Louis G. Close, Jr., have recited adequate reasons to strike their appearance, and complied with Local Rule 101 in moving to strike their appearance; and,

2. Whiteford, Taylor & Preston and Louis G. Close, Jr., has given adequate notice of its motion, including to the defendant ACandS, Inc.

THEREFORE, it is hereby ordered this ___ day of _____, 2006, that the motion is granted and the appearances of B. Ford Davis, Gardner M. Duvall, Whiteford, Taylor & Preston L.L.P. any Louis G. Close, Jr., are hereby stricken.

_____
District Judge